UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MATTHEW J. BOUCHARD, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 26-10488-WGY |
| | ) | |
| CHRISTOPHER R. ROSS, | ) | |
| BRANDON SANDERS, and the | ) | |
| TOWN OF BARNSTABLE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

YOUNG, J.                                      March 3, 2026

**ORDER**

1. Plaintiff's motion [ECF No. 4] for leave to proceed in forma pauperis is ALLOWED.

2. The Clerk shall issue summonses for service of the complaint and shall send the summonses, a copy of the complaint, and this Order to the plaintiff, who must serve the defendants with these documents in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. The plaintiff may elect to have service made by the United States Marshals Service ("USMS"). If plaintiff chooses to have service completed by the USMS, he shall provide the agency with a copy of this order, all papers for service, and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by plaintiff

with all costs of service to be advanced by the United States.

4. Plaintiff shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to plaintiff. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

SO ORDERED.

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

[2]